UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>STEPHEN RHODES,<br><br>    Defendant. | ) CASE NO. CV 04-07486 MMM<br>)            CR 00-01221-MMM<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

On September 8, 2004, petitioner Stephen Rhodes filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct the sentence the court imposed in *United States v. Rhodes*, CR 00-01221 MMM. The court, having considered the record and the additional evidence presented by the parties, and having reviewed the briefs,

IT IS ORDERED AND ADJUDGED

    1. That petitioner' § 2255 motion be denied; and

    2. That the action be, and it hereby is, dismissed.

DATED: June 30, 2008

                                             MARGARET M. MORROW
                                         UNITED STATES DISTRICT JUDGE